DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERRICK WEST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0803

[July 9, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 98-012113CF10B.

Derrick West, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* No. SC2025-0708, 2025 WL 1561151, *4-6 (Fla. June 3, 2025).

KUNTZ, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***